**Order filed August 26, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-20-00558-CV
_____

**LITIGATION & RECORDS SERVICES, LLC, Appellant/ Cross-Appellee**

**V.**

**QTAT BPO SOLUTIONS, INC., Appellee/ Cross-Appellant**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-50482**

## ORDER

On August 17, 2021, Appellee/Cross-Appellant (QTAT) filed an opposed motion for a briefing schedule. Appellant/Cross-Appellee (LRS) filed a response in opposition. After reviewing the competing motions, we grant QTAT's motion in part and deny the motion in part.

We order the following:

- QTAT's Opening and Responsive Briefs are due **September 7, 2021, no further extensions will be granted,** and not to exceed 19,500 words in the aggregate with neither subpart to exceed 15,000 words;

- LRS's Reply, if any, to QTAT's Responsive Brief and LRS's Response to QTAT's Opening Brief are due **October 7, 2021**

and not to exceed 15,000 words in the aggregate with the Reply subpart of the brief not to exceed 7,500;

- QTAT's Reply, if any, to LRS's Response is due **October 27, 2021** and not to exceed 7,500 words.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Wilson.